NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GREAT NECK SAW MANUFACTURERS, INC.,**
*Plaintiff-Appellant,*

v.

**STAR ASIA U.S.A., LLC,**
*Defendant-Appellee.*

---

2010-1501

---

Appeal from the United States District Court for the Western District of Washington in case no. 06-CV-0647, Judge Thomas S. Zilly.

---

**ON MOTION**

---

**ORDER**

The parties move for an extension of time, until December 23, 2010, for Star Asia, U.S.A., LLC to file its responsive brief, an extension of time, until January 20, 2011, for Great Neck Saw Manufacturers, Inc. to file its reply brief, and an extension of time, until January 27, 2011, for Great Neck Saw Manufacturers, Inc., to file the appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV 2 4 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Joseph J. Previto, Esq.
     Harry Albert Richardson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 4 2010

JAN HORBALY
CLERK